**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICK GUARDINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CV-6796-JLA |
| | ) | |
| JCBK GAS MART, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 6.05, Plaintiff Richard Guardino

and Defendant JCBK Gas Mart, LLC, by and through their respective counsel, hereby stipulate to

dismissal of this of this action with prejudice.

SO STIPULATED

Respectfully submitted,

| **JONATHAN F. ANDRES P.C.** | **ANTHONY J. PERAICA & ASSOCIATES, LTD.** |
|---|---|
| /s/ Jonathan F. Andres | /s/ Stephen F. Boulton |
| Jonathan F. Andres, #6205586 | Stephen F. Boulton, ARDC No. 6186906 |
| 1127 Hoot Owl Road | 5130 South Archer Avenue |
| St. Louis, MO 63005 | Chicago, IL 60632 |
| Tel. (636) 633-1208 | Tel. (773) 735-1700 |
| andres@andreslawpc.com | sboulton@peraica.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December 2023, a true and correct copy of the
foregoing was served upon counsel of record via the Court's Electronic Filing System.

/s/ Jonathan F. Andres